IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 23-cr-00070-JB-N |
| | ) | |
| CRAIG D. PERCIAVALLE | ) | |
| JOSEPH A. RUNKEL | ) | |
| WILLIAM O. ADAMS | ) | |

## ORDER

Upon consideration of the "Motion to Continue Trial Date," filed March 11, 2025, (Docs. 151-52),[1] and having held a telephonic conference on the matter with the parties on March 13, 2025, said motion is **GRANTED**, such that certain deadlines and provisions in the Court's scheduling order entered August 26, 2024, (Doc. 125, modifying Doc. 89), are **MODIFIED** as follows, and additional deadlines are established:[2]

    1.    <u>TRIAL</u>. Jury selection is set for **April 6, 2026**, beginning at 8:45 A.M. (Central), in Courtroom 4A of the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602, before Chief United States District Judge Jeffrey U. Beaverstock, with trial to start immediately after jury selection has concluded. The parties currently anticipate that trial will take up to 8 weeks. As is the practice in this

---

[1] The assigned District Judge has referred said motion to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Criminal Procedure 59, and S.D. Ala. GenLR 72(a). See S.D. Ala. GenLR 72(b); (3/11/2025 electronic reference notation).
[2] All deadlines and provisions not expressly modified by this order, or a prior order, remain in full effect. (Docs. 89, 125).

District, a defendant shall certify their agreement to any requested continuance by timely filing a waiver of their speedy trial rights.

    A.    <u>SPEEDY TRIAL WAIVER</u>.   In accordance with the above, Parties must submit speedy trial waivers by **April 11, 2025.**

    2.    <u>RULE 404(b) EVIDENCE</u>. The United States must file any notice under Fed R. Evid. 404(b)(3) no later than **September 10, 2025.** The defendants must file any briefs objecting to such notices no later than **September 24, 2025**.

    3.    <u>PRETRIAL MOTIONS, NOTICES, AND DEMANDS</u>. Parties are given until **October 15, 2025**, to file all pretrial motions under Federal Rule of Criminal Procedure 12(b), 14, and 16; all notices or demands under Rule 12.1, 12.2, and 12.3, and S.D. Ala. CrLR 12.5; and any motion to compel. Briefs in response to any such motion must be filed no later than 14 days after the filing of the motion, and briefs in reply to any response brief must be filed no later than 14 days after the filing of the response. No other briefing or submissions addressing pretrial motions may be filed without leave of the Court for good cause shown.

    4.    <u>EXPERT WITNESSES</u>. The United States must disclose all expert witness information and materials required by Fed. R. Crim. P. 16(a)(1)(G) no later than **November 12, 2025**. The defendants must disclose all expert witness information and material required by Fed. R. Crim. P. 16(b)(1)(C) no later than **October 1, 2025.** All challenges to expert witnesses, including *Daubert* motions, must be filed no later than **December 17, 20**25. Any response brief is due 21 days after the filing of a motion, and any reply brief due 7 days after the filing of the response brief.

5. <u>MOTIONS IN LIMINE</u>. Any motion *in limine* must be filed no later than **February 11, 2026**. Unless the Court sets a different deadline, briefs in response to any motion *in limine* must be filed no later than 14 days after the filing of the motion, and briefs in reply to any response brief must be filed no later than 7 days after the filing of the response. No other briefing or submissions addressing motions *in limine*.

*6.* <u>PROPOSED VOIR DIRE & JURY CHARGES</u>. Any proposed *voir dire* questions and jury charges must be filed no later than February 11, 2026.

6. <u>PRETRIAL CONFERENCES</u>. Pretrial conferences under Fed. R. Crim. P. 17.1and S.D. Ala. CrLR 17.1(b) are set as follows, each to be held IN-PERSON before the undersigned Magistrate Judge in Courtroom 5B of the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602.[3]

- **Friday, July 25, 2025**, beginning at 1:00 P.M. (Central). Lead trial counsel for each party shall attend this pretrial conference, and they shall be prepared to discuss any pending motions and discovery issues, possible stipulations, estimated length of the trial, change of plea, and any other relevant matters. The defendants may participate in this conference, but their presence is not required.

- **Friday, October 24, 2025**, beginning at 1:00 P.M. (Central). Lead trial counsel for each party shall attend this pretrial conference, and they shall be prepared to discuss any pending motions and discovery issues,

---

3 The undersigned acknowledges that in-person attendance may not be necessary for all pretrial conferences. Should the parties wish to appear via teleconference, a joint motion must be filed. Otherwise, all appearances will default to in-person attendance.

possible stipulations, estimated length of the trial, change of plea, and any other relevant matters. The defendants may participate in this conference, but their presence is not required.

- **Friday, January 30, 2026**, beginning at 1:00 P.M. (Central). Lead trial counsel for each party shall attend this pretrial conference, and they shall be prepared to discuss any pending motions and discovery issues, possible stipulations, estimated length of the trial, change of plea, and any other relevant matters. The defendants may participate in this conference, but their presence is not required.

- **Friday, March 20, 2026**, beginning at 1:00 P.M. (Central). Lead trial counsel for each party, **and each of the defendants**, shall attend this pretrial conference, and they shall be prepared to discuss any pending motions and discovery issues, possible stipulations, estimated length of the trial, change of plea, and any other relevant matters. The defendants may participate in this conference, but their presence is not required.
  record in this case.

In those instances where a Notice of Intent to Plead Guilty is filed prior to a pretrial conference date, it is not necessary for that defendant or his counsel to appear for that pretrial conference.

**DONE** and **ORDERED** this the **1st** day of **April 2025**.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**