IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 23-00070-JB-N

CRAIG D. PERCIAVALLE, )
JOSEPH A. RUNKEL,
WILLIAM O. ADAMS, )

)

Defendants.

ORDER

The undersigned has been informed by counsel for the United States, along with counsel for Defendant Perciavalle, counsel for Defendant Runkel and counsel for Defendant Adams that all three defendants have been recommended for the Pretrial Diversion Program. The undesigned has been further advised by the U.S. Probation Office that the interviews have now been completed, and all three defendants have been tentatively accepted into the program.

A pretrial agreement will be presented to each of the defendants, the United States and Chief United States Probation Officer for their signatures. As such, the parties have moved for a continuance to allow the defendants to

be formally accepted into and to successfully complete the pretrial diversion program.[1]

Upon consideration, this case will be continued in order that the defendants may have the opportunity to qualify, be accepted into, and to complete a pretrial diversion period. During this period, the Government agrees to defer prosecution, this action will not be set on the trial calendar. Therefore, "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to [a] written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct[]" will be excluded from Speedy Trial Act computations. 18 U.S.C. § 3161(h)(2).

The Assistant United States Attorney shall file a motion to set this action for trial should the defendants fail to qualify for pretrial diversion or, if qualified, they fail to successfully complete the pretrial diversion program.

DONE AND ORDERED this the 2nd day of July 2026.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

[1] Due to the complex designation, this case is currently set for trial during the October 2026 criminal term. (Doc. 177 ). All defendants, along with their respective counsel, have previously executed a Waiver of Speedy Trial. (Docs. 178, 179, 182).